## HAYES v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 28, September Term, 1961.]

*Decided November 20, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated by Judge Prendergast in his opinion in the Criminal Court of Baltimore for denying relief under the Uniform Post Conviction Procedure Act, the application of Robert N. Hayes for leave to appeal is denied.

*Application denied.*